# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES EDWARD BOYD,<br>*Plaintiff*<br>v.<br>DALE HARVEY, JULIAN CEDENO, ALEXIS KESTER, AND JOSEPH DOTSON,<br>*Defendant* | Civil Action No. 2:17-CV-073-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint (ECF No. 6) is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian

Date: September 27, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb